JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent,<br><br>v.<br><br>JOSE PAREDES-CRUZ,<br><br>Defendant-Petitioner. | No.   CV 16-4503 PA<br>        CR 14-24 PA<br><br>JUDGMENT DISMISSING PETITIONER'S ACTION WITH PREJUDICE |
|---|---|

Pursuant to the Court's September 23, 2016 Order denying Defendant-Petitioner Jose Paredes-Cruz's Motion to Vacate, Set Aside, or Correct Sentence, Pursuant to 28 U.S.C. § 2255,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant-Petitioner's action is dismissed with prejudice.

DATED:  September 23, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE